Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., HOGAN, CARDOZO, POUND, MCLAUGHLIN, CRANE and ANDREWS, JJ.

———————

THE PEOPLE OF THE STATE OF NEW YORK ex rel. FRANK E. DAWLEY, Individually and as President of the AMERICAN KARAKUL FUR SHEEP CO., INC., Appellant, *v.* CHARLES S. WILSON, Commissioner of the Division of Agriculture of the Department of Farms and Markets of the State of New York, et al., Respondents.

*Certiorari to review decision of commissioner of agriculture on application for award for killing of sheep by dogs — when proceeding properly remitted to commissioner for new hearing and award.*

*People ex rel. Dawley* v. *Wilson,* 200 App. Div. 537, affirmed.
(Argued March 9, 1923; decided March 23, 1923.)

APPEAL, by permission, from an order of the Appellate Division of the Supreme Court in the third judicial department, entered May 25, 1922, which remitted this proceeding to the commissioner of agriculture of the department of farms and markets of the state of New York to determine the damages sustained by the relator. The proceeding was certiorari to review the decisions and orders of the commissioner of agriculture of the department of farms and markets and the council of farms and markets of the state of New York, in which it awards to the relator damages for injuries to and the killing of sheep of the relator by dogs. (See 232 N. Y. 12.)

The following questions were certified: " 1. Was this proceeding properly remitted by this court to the commissioner of agriculture directing him to make an award upon the correct theory?

" 2. If so, was this court in error in refusing to order said commissioner of agriculture to make his determination solely upon the record heretofore made? "

*Thomas K. Smith* for appellant.

*Carl Sherman,* Attorney-General (*Henry P. Nevins* and *T. Paul McGannon* of counsel), for respondents.

Order affirmed, with costs; first question certified answered in the affirmative, second question in the negative; no opinion.

Concur: HISCOCK, Ch. J., HOGAN, CARDOZO, POUND, MCLAUGHLIN, CRANE and ANDREWS, JJ.

---

URCIE DERMER, Respondent, v. WILLIAM M. BARRETT, as President of the ADAMS EXPRESS COMPANY, Appellant.

*Contract — action to recover for breach of alleged contract by defendant to procure and deliver foreign savings bank books showing deposit of certain sum to plaintiff's credit.*

*Dermer* v. *Barrett*, 202 App. Div. 828, affirmed.

(Argued March 9, 1923; decided March 23, 1923.)

APPEAL, by permission, from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered July 14, 1922, which affirmed a determination of the Appellate Term affirming a judgment of the Municipal Court of the city of New York in favor of plaintiff. The action was on contract. The complaint alleged: " That on or about the 28th day of April, 1916, the plaintiff and defendant entered into an agreement whereby the plaintiff paid to the defendant $192.50, which the defendant received, and promised to procure for the plaintiff à Bank Book from the Government Postal Savings Bank at Vienna, of a certain amount of Kronen, being Austrian money denomination, and which was supposed to be an amount equivalent to the sum paid by the plaintiff to the defendant, less the defendant's commissions. That the plaintiff has duly complied with the said agreement on his part, but that the said defendant violated said agreement, in that it failed and neglected to procure such a book for the plaintiff, whereby the plaintiff has sustained damage in the sum of One Hundred and ninety-two ($192) Dollars with interest from April 28th, 1916."

*Kenneth E. Stockton* and *George M. Billings* for appellant. *Nathaniel Tonkin* for respondent.